JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| Garda World Security Corporation and Garda USA, Inc. d/b/a Garda,<br><br>  Plaintiff,<br><br>v.<br><br>Garda Retail Technologies, Inc. d/b/a Garda Retail and Garda Construction, Thomas Bangert, an individual,<br><br>  Defendants. | Case No. 8:23-cv-02056 JVS<br><br>**ORDER RE NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES**<br><br>[Local Rule 40-2]<br><br>District Judge:   Hon. James V. Selna<br>Magistrate Judge: Hon. Douglas F. McCormick<br>Trial Date:       None Set |
|---|---|

Plaintiffs GARDA WORLD SECURITY Corporation and GARDA USA, INC. ("Plaintiffs"), on the one hand, and Defendants GARDA RETAIL TECHNOLOGIES, INC., and THOMAS BANGERT as well as GARDA CONSTRUCTION, INC. and GARDA ELECTRIC, INC., on the other hand (together, "Defendants"), hereby inform the Court of the settlement of the entire litigation, including the Complaint and any potential Counterclaims. With the signatures of their respective counsel below, all parties stipulate and request that pending dates and deadlines in this matter may, upon order of the Court, be vacated.

The Parties further advise the Court that the settlement terms require certain conditions to be performed by Defendants by or before January 31, 2024, after

which the Parties shall file a stipulation for the dismissal of the entire action with prejudice.

DATED: December 28, 2023

KLINEDINST PC

By: _____
Samuel B. Strohbehn
Attorneys for Defendant, GARDA RETAIL TECHNOLOGIES, INC.

SIMPSON THACHER & BARLETT LLP

DATED: December 28, 2023

By: _____/s/ Laura K. Lin_____
Laura K. Lin
Attorneys for Plaintiff, GARDA RETAIL TECHNOLOGIES, INC. D/B/A GARDA RETAIL

## ORDER

The court, having reviewed the stipulation of the parties, and good cause appearing therefor, hereby vacates all dates previously scheduled in this matter.

Dated: January 2, 2024

_____
HON. JAMES V. SELNA
United States District Judge

23478996.1

# CERTIFICATE OF SERVICE

**Garda World Security Corp. et al. v. Garda Retail Technologies, et al.**
**Case No. 8:23-cv-02056-JVS-DFMx**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 1100, San Diego, California 92101.

On December 28, 2023, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES; [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Laura K. Lin, Esq.<br>SIMPSON THACHER & BARLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Email: laura.lin@stblaw.com | *Attorneys for Plaintiff*<br>GARDA RETAIL TECHNOLOGIES, INC. d/b/a GARDA RETAIL |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2023, at San Diego, California.

/s/ Teresa M Mendoza
Teresa M Mendoza

---

1
NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES; PROPOSED ORDER